UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.  18-tp-60042 BLOOM

UNITED STATES OF AMERICA

vs.

THOMAS RANDALL KENT,

      Defendant.
_____/

GOVERNMENT'S RESPONSE TO
DEFENDANT'S MOTION FOR
EARLY TERMINATION OF
SUPERVISED RELEASE

      Now comes the United States of America, ARIANA FAJARDO ORSHAN, United States Attorney, and Cynthia R. Wood, Assistant United States Attorney, and hereby responds to the defendant Thomas Randall Kent's Motion for Early Termination of Supervised Release.  The United States adopts the response filed by the United States Attorney's Office for the Western District of Michigan, and opposes the early termination of supervised release.

      The defendant was charged and convicted for violations of Title 21, United States Code, §§ 846 and 841, conspiracy to distribute more than 100 kilograms of marijuana in the Western District of Michigan (case No. 1:07-cr-261-02 (JONKER) – United States v. Medina-Hernandez et. al.)   The defendant entered a guilty plea on February 21, 2008, (DE 116 - WDMI).   On June 5, 2008, he was sentenced to 178 months incarceration, a $50,000 fine, and four years supervised release (DE 197 WDMI).   On July 22, 2014, his sentence was reduced to 120 months, with all other conditions remaining the same, pursuant to a Rule 35(b) motion filed by the U.S. Attorney's Office in the Western District of Michigan

(DE 306 WDMI). On November 5, 2015, the defendant's sentence was reduced to 96 months imprisonment pursuant to a motion filed under Title 18, United States Code §3582 (DE 351 WDMI).

On November 13, 2018, the defendant filed a pro se motion for early termination of supervised release (DE 400 WDMI). The Court ordered the United States to respond, and on December 4, 2018, the U.S. Attorney's Office in the Western District of Michigan filed a response opposing the early termination (DE 401 & 402 WDMI). The response opposing the early termination that was filed in the Western District of Michigan is hereby adopted and included as Attachment A to this response.

        Respectfully Submitted,

        ARIANA FAJARDO ORSHAN
        UNITED STATES ATTORNEY

By:   /s/ *Cynthia R. Wood*
      CYNTHIA R. WOOD
      Assistant United States Attorney
      District Court No. A5501329
      500 East Broward Boulevard, 7th Floor
      Fort Lauderdale, Florida 33394
      Tel: (954) 660-5923
      Fax: (954) 356-7336

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 11, 2019, I electronically filed the foregoing document using CM/ECF.

/s/ *Cynthia R. Wood*
CYNTHIA R. WOOD
Assistant United States Attorney