UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-tp-60042-BLOOM

UNITES STATES OF AMERICA,

    Plaintiff,

v.

THOMAS RANDALL KENT,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** is before the Court upon Defendant Thomas Randall Kent's ("Defendant") Motion Requesting Hearing to Settle Fine and Terminate Supervised Release, ECF No. [10] ("Motion to Settle Fine"), and Motion for Referral to Volunteer Attorney Program, ECF No. [11] ("Motion for Referral"), filed on February 11, 2019 (collectively, the "Motions"). The Court has reviewed the Motions, the record, and is otherwise fully advised. For the reasons set forth below, the Motions are denied.

On February 28, 2018, Defendant filed a Motion for Early Termination of Supervised Release, ECF No. [2]. On January 17, 2019, the Court denied Defendant's Motion for Early Termination, stating that "[t]he interest of justice does not warrant early termination based on the Defendant's failure to satisfy all terms and conditions of supervised release. As set forth by the Defendant's probation officer, an outstanding balance of $43,956.82 exists of the original $50,000.00 fine imposed." ECF No. [7]. On January 22, 2019, Defendant filed a Motion to Appoint Counsel, ECF No. [8], which the Court denied as moot that same day, ECF No. [9]. Presently before the Court, Defendant's Motion to Settle Fine acknowledges that an outstanding balance of $43,656.28 still exists on the original $50,000 fine imposed. *See* ECF No. [10] at 2.

Case No. 18-tp-60042-BLOOM

As the Court previously held, the interest of justice does not warrant early termination of Defendant's supervised release based on the outstanding balance that exists on the fine. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Settle Fine and Terminate Supervised Release, **ECF No. [10]**, is **DENIED**.

2. Defendant's Motion for Referral to Volunteer Attorney Program, **ECF No. [11]**, is **DENIED as moot**.

   **DONE AND ORDERED** in Chambers at Miami, Florida, on May 31, 2019.

   _____
   **BETH BLOOM**
   **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Thomas Randall Kent
5012 S.W. 91st Ave
Cooper City, FL 33328